# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SHERRY GORDON,<br><br>*Plaintiff,*<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>*Defendant.* | CIVIL ACTION NO.<br>5:22-cv-00305-TES-CHW |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further consideration by an administrative law judge (ALJ), this case is hereby remanded. Upon remand, the Commissioner will offer Plaintiff an opportunity for a hearing, further evaluate the opinion evidence, take any other action deemed necessary, and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501

U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 31 day of Oct, 2022.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT